ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM (Cal. Bar No. 110984)
Assistant United States Attorney
Asset Forfeiture Section
United States Attorney's Office
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-mail:    Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTRERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 2007 JAGUAR XKR,<br><br>    Defendant. | Case No. CV14-0456 CBM-RZx<br><br>VERIFIED COMPLAINT FOR FORFEITUTE<br><br>[19 U.S.C. § 1595a(c)(1)(A) and<br>19 U.S.C.§ 1595a(c)(2)(A)]<br><br>[I.C.E.] |

    The United States of America brings this claim against the Defendant One 2007 Jaguar XKR and alleges as follows:

### JURISDICTION AND VENUE

    1.    This is a civil forfeiture action brought pursuant to 19 U.S.C. § 1595a(c)(1)(A) and 19 U.S.C. § 1595a(c)(2)(A).

    2.    This court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendant is one 2007 Jaguar XKR, VIN No. SAJAA44R479B14868, ("defendant vehicle") seized on June 15, 2011 at the Los Angeles/Long Beach Seaport in connection with the attempted importation of the defendant vehicle into the United States.

6. The defendant vehicle is in the custody of United States Customs and Border Protection ("CBP"), where it shall remain subject to the jurisdiction of this Court during the pendency of this action.

7. The interests of Emmanuel Kachikwu ("Kachikwu") and Nancy Adekayode ("Adekayode) may be adversely affected by these proceedings.

## STATUTORY AND REGULATORY BACKGROUND

8. Pursuant to 18 U.S.C. § 545, merchandise smuggled into the United States is subject to forfeiture. Pursuant to 19 U.S.C. § 1595a(c), merchandise is also subject to forfeiture if imported into the United States in violation of 19 C.F.R § 12.73 (prohibiting importation without compliance with antipollution emission requirements); 40 C.F.R. § 85.1513 (prohibiting importation of vehicles without certificate of conformity); 49 U.S.C. § 30112 (prohibiting importation of vehicles without compliance with safety standards); and 42 U.S.C. § 7522 (prohibiting importation of untested and uninspected vehicles).

9. The Clean Air Act ("CAA"), 42 U.S.C. § 7401 et seq., regulates the emission of pollutants into the air. Pursuant to Section 203 of CAA, 42 U.S.C. § 7522, the Environmental Protection

1  Agency ("EPA") promulgated standards for the Importation Control of
2  Air Pollution from Mobile Sources, at 40 C.F.R. Part 85, Subpart P.
3  These regulations require motor vehicles imported into the United
4  States and manufactured after January 1, 1968 to comply with
5  certification requirements established by the CAA and to meet
6  emission requirements prescribed in said regulations. An EPA form
7  (No. 3520-1) must be submitted to notify CBP of the importation of a
8  vehicle that must either meet EPA standards or fit an exemption. All
9  nonconforming vehicles imported into the United States are required
10 to be imported by an Independent Commercial Importer ("ICI") who is
11 authorized to conform such motor vehicles to meet emission
12 requirements. 40 C.F.R. § 85.1503. It is a criminal offense under
13 42 U.S.C. § 7413 to fail to file required documents such as Form
14 3520-1.

## FACTS SUPPORTING FORFEITURE

16   10.   Adekayode, a resident of Reseda, California, filed entry
17 number AW5-00316753 on or about June 2, 2011, in connection with the
18 importation of the defendant vehicle into the United States.
19 Kachikwu had caused the defendant vehicle to be exported to the
20 United States from Nigeria.

21   11.   On June 13, 2011, CBP import specialists determined that
22 the defendant vehicle was not eligible for importation into the
23 United States because (A) the defendant vehicle did not appear on a
24 list (by make, model, and year of manufacture) issued by the National
25 Highway Traffic Safety Administration ("NHTSA") of nonconforming
26 vehicles eligible for importation to the United States by ICIs; (B)
27 Kachikwu was not an ICI; and (C) no EPA form 3520-1 had been
28 submitted in connection with the importation.

12. The defendant vehicle was seized on June 15, 2011, after verification of the VIN Number was completed with Jaguar Cars, Limited ("Jaguar"). A Jaguar representative subsequently stated that the defendant vehicle had been stolen in 2007 from a Jaguar assembly facility in Birmingham, England. (The government does not allege at this time that either Kachikwu or Adekayode were responsible for the theft of the defendant vehicle.) The Jaguar representative also stated that the defendant vehicle was not manufactured in compliance with United States safety and environmental standards, and that it was instead manufactured to comply with the applicable standards of the Czech Republic.

## FIRST CLAIM FOR RELIEF

13. Based on the above, plaintiff alleges that the defendant vehicle constitutes merchandise smuggled into the United States in violation of 18 U.S.C. § 545 and is therefore subject to forfeiture pursuant to 19 U.S.C § 1595a(c)(1)(A).

## SECOND CLAIM FOR RELIEF

14. Based on the above, plaintiff alleges that the defendant vehicle was imported to the United States in violation of one or more laws governing motor vehicle safety and environmental standards and is therefore subject to forfeiture pursuant to 19 U.S.C § 1595a(c)(2)(A).

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant vehicle, due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed, that this court decree forfeiture of the defendant vehicle to the United States of America for disposition

1  according to law, and for such other and further relief as this court
2  may deem just and proper, together with the costs and disbursements
3  of this action.

Dated: January 16, 2014

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Criminal Division

/s/ Frank D. Kortum

FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

## VERIFICATION

I, Eddy Wang, hereby declare that:

1. I am a Supervisory Special Agent with the U.S. Immigration and Customs Enforcement, Homeland Security Investigations ("ICE/HSI") and I was the supervising agent for the forfeiture matter entitled United States of America v. One Jaguar XKR.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 15, 2014 at Santa Ana, California.

Eddy Wang
Supervisory Special Agent
Homeland Security Investigations

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

COPY

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
UNITED STATES OF AMERICA

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
ONE 2007 JAGUAR XKR

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
FRANK D. KORTUM, Assistant United States Attorney
California Bar Number 110984
Federal Courthouse, 14th Floor, 312 North Spring Street, Los Angeles, Ca 90012
Telephone: 213-894-5710; Fax: (213) 894-7177; Email: Frank.Kortum@usdoj.gov

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☒ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
19 U.S.C. § 1595a(c)(1)(A) and (c)(2)(A)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS PERSONAL PROPERTY** | **TORTS PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☒ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

CV14-0456

**FOR OFFICE USE ONLY:** Case Number:

CV-71 (09/13)    CIVIL COVER SHEET    Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes ☒ No | ☐ Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: || INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | **A PLAINTIFF?** Then check the box below for the county in which the majority of DEFENDANTS reside. | **A DEFENDANT?** Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| ☒ Yes ☐ No | ☒ Los Angeles | ☐ Los Angeles | Western |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1.** Is either of the following true? If so, check the one that applies:

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2.** Is either of the following true? If so, check the one that applies:

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | WESTERN |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_  DATE: 1/16/14

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV14-0456 |
| Plaintiff, | |
| vs. | NOTICE |
| ONE 2007 JAGUAR XKR, | |
| Defendant. | |

In obedience to a Warrant of Arrest In Rem to me directed, in the above-entitled cause, I have, on the ____ day of _____, 2014, seized and taken into my possession, the following

described defendant, to wit: ONE 2007 JAGUAR XKR, for the cause set forth in the Complaint, to wit: violation of federal laws, now pending in the United States District Court for the Central District of California, at Los Angeles, California. Amount demanded is the sum of $-0-, plus interest and costs.

I HEREBY GIVE NOTICE to any person who claims an interest in the above-described defendants that, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, said person must file with the Clerk of the United States District Court at Los Angeles, California and serve upon the attorney for the plaintiff, a verified Claim identifying the property claimed and his or her interest in the property not later than thirty-five (35) days after the date of service of the Complaint, or within such additional time as the court may allow; that said person must file and serve an Answer within twenty (20) days after the filing of the verified Claim; that if notice was published but direct notice was not sent to said person or to said person's attorney, the Claim must be filed no later than sixty (60) days after the first day of publication on an official internet government forfeiture site or legal notice under Rule G(4)(a); and that all interested persons must file verified Claims and Answers within the time so fixed; otherwise, default may be entered and forfeiture ordered of the interest in the defendants of any person not so complying. Applications for intervention under Rule 24 of the Federal Rules of Civil Procedure by persons claiming maritime liens or other interests shall be filed within the time fixed by the court. A claim

filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

Pursuant to General Order 10-07 of the United States District Court for the Central District of California, this action is subject to the Electronic Case Filing ("ECF") System. ECF User Registration Forms may be obtained from the Court.

Please check http://www.forfeiture.gov for a listing of all judicial forfeiture notices.

Plaintiff's attorney is Assistant United States Attorney Frank D. Kortum, 312 North Spring Street, 14th Floor, Los Angeles, California 90012, (213)894-5710.

The custodian of the defendant property is the Department of Homeland Security, Bureau of Customs and Border Protection, Seized Property Custodian for U.S. Customs and Border Protection, 301 East Ocean Boulevard, Suite 620, Long Beach, CA, 90802 (562)624-3800.

DATED: This _____ day of _____, 2014.

U.S. CUSTOMS AND BORDER PROTECTION


_____
FINES, PENALTIES, AND FORFEITURES
OFFICER

3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge  Consuelo B. Marshall  and the assigned Magistrate Judge is  Ralph Zarefsky .

The case number on all documents filed with the Court should read as follows:

## 14-CV-00456 CBM-RZx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

January 21, 2014                 By  SBOURGEOIS
Date                                     Deputy Clerk

---

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

[x] Western Division
312 N. Spring Street, G-8
Los Angeles, CA 90012

[ ] Southern Division
411 West Fourth St., Ste 1053
Santa Ana, CA 92701

[ ] Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

CV-18 (08/13)                NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES