UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 14-0456 CBM (RZx) | Date | February 26, 2014 |
|---|---|---|---|

| Title | *United States v. One 2007 Jaguar XKR* |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**          Order to Show Cause

The Court hereby ORDERS Plaintiff to show cause, in writing, why this ex parte application should not be denied for failure to satisfy Local Rule E.14(a) of Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.

On January 24, 2014, the Government filed this ex parte application to substitute custodian. The Defendant in this action is "One 2007 Jaguar XKR" which was "seized on June 15, 2011 at the Los Angeles/Long Beach Seaport in connection with the attempted importation" of a nonconforming vehicle into the United States.   (Verified Compl. For Forfeiture ¶ 5.)   Local Rule E.14(a) governs safekeeping requirements.

Upon review, the Court finds, first, that the Government has failed to provide "[n]otice of the application to appoint a substitute custodian … to all parties … "   Local Rule E.14(a).   Although the Defendant in this action is "One 2007 Jaguar XKR," the Government has indicated that the "interests of Emmanuel Kachikwu … and Nancy Adekayode … may be adversely affected by these proceedings." (Verified Compl. For Forfeiture ¶ 7.)   However, it is not clear whether Kachikwu and Adekayode have received notice of this ex parte application to substitute custodian.   Second, the Government does not state with clarity as to what is the "proposed insurance coverage."   Local Rule E.14(a).

No oral argument on this matter will be heard unless otherwise ordered by the Court.   *See* Fed. R. Civ. P. 78; Local Rule 7-15.   The Government is Ordered to provide in writing by March 14, 2014 the factual and legal basis for its failure to comply with Local Rule E.14(a), or file an amended ex parte application complying with Local Rule E.14(a).   The Order will stand submitted upon the filing of the

response.    Failure to respond to this Order or file an amended ex parte application on or before March 14, 2014 will result in the denial of this ex parte application.

IT IS SO ORDERED.

cc: all parties